

190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170, Ext. 3
Fax (281) 715-5755
Email - chuck@chucknewton.net
Website - stayviolation.com

Attorney For Plaintiffs In Adversary Proceeding

## In The United States Bankruptcy Court
## For The Northern District Of Texas
## Dallas Division

In re:

                                                    Case No. 07-33675-bjh-7

**Carl R. McCoy**                                          Chapter 7 Bankruptcy
**Diana V. McCoy**

            **Debtors**

-----------------------------------------------------------

**Carl R. McCoy**
**Diana V. McCoy**
            **Plaintiffs**

v.                                                    Adv. No. 08-03494-bjh

**Hospital Partners of America, Inc.**
**d/b/a Trinity Medical Center**
            **Defendant**

### Notice of Dismissal of Complaint for Contempt and Damages

      Plaintiffs, pursuant to Fed. R. Bank. P. Rule 7041, files this Notice of Dismissal of Complaint for Contempt and Damages. Hospital Partners of America, Inc. is not the proper party to which this complaint pertains. No answer or motion for summary judgment has been filed by any adverse party duly served herein.

                                                  Respectfully submitted,

                                                  _____
                                                  **CHARLES (CHUCK) NEWTON**
                                                  Texas Bar No. 14976250
                                                  **CHARLES NEWTON & ASSOCIATES**

                                                  Attorney For The Plaintiffs,
                                                  Mr. and Mrs. McCoy

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Dismissal of Complaint for Contempt and Damages was sent to the following parties by the means stated below:

| | |
|---|---|
| Carl R. McCoy | MAIL (First Class) |
| Diana V. McCoy | FAX (No) |
| *Debtors / Plaintiffs* | EMAIL (No) |
| 2634 Wynchase Lane | |
| Crandall TX 75114 | |
| | |
| Jenny C. Parks | MAIL (No) |
| Law Office of Jenny C. Parks | FAX (No) |
| *Bankruptcy Atty. for Mr. and Mrs. McCoy* | EMAIL teaguelaw@aol.com |
| P.O. Box 886 | |
| Crandall TX 75114 | |
| | |
| Office of the United States Trustee | MAIL (First Class) |
| 1100 Commerce Street | FAX (No) |
| Room 976 | EMAIL (No) |
| Dallas TX 75242-1496 | |
| | |
| Hospital Parnters of America, Inc. | MAIL (First Class) |
| *Alleged Defendant* | FAX (No) |
| d/b/a Trinity Medical Center | EMAIL (No) |
| c/o Corporation Service Company | |
| d/b/a CSC-Lawyers Inco, | |
| 701 Brazos Street, Suite 1050 | |
| Austin TX 78701 | |

DATED: January 16, 2009

_____
**CHARLES (CHUCK) NEWTON**